IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| QUINTINA MARIE THOMAS, | ) | CIVIL NO. 19-00540 JMS-WRP |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | |
| IMPERIAL INDUSTRIAL SUPPLY COMPANY, et al., | ) | |
| Defendants. | ) | |

# **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**

Findings and Recommendation having been filed and served on all parties on March 9, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 10, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge